# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED

UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 1 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 01-WY-0799-CAB (OES)

RITA BASTIEN,

    Plaintiff,

v.

THE OFFICE OF SENATOR BEN NIGHTHORSE CAMPBELL,

    Defendant.

---

## ORDER

---

**IT IS HEREBY ORDERED**, irrespective of the Local Rules of the United States District Court District of Colorado regarding electronic filing, that a hard copy of all documents hereafter filed in the above-entitled case shall be sent to the Wyoming chambers of this Court. The address is: United States District Court District of Wyoming, Judge Brimmer's Chambers, 2120 Capitol Avenue, Second Floor, Cheyenne, Wyoming 82001.

Dated this 27th day of July, 2005.

UNITED STATES DISTRICT COURT JUDGE