# United States Court of Appeals for the Tenth Circuit
### OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

**Elisabeth A. Shumaker**
*Clerk of Court*

**Douglas E. Cressler**
*Chief Deputy Clerk*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 6 2006

GREGORY C. LANGHAM
CLERK

March 3, 2006

Ms. Karen Larson
Mr. John S. Evangelisti
1120 Lincoln Street
#711
Denver, CO 80203

Ms. Jean Marie Manning
Ms. Claudia Anne Kostel
Office of Senate Chief Counsel for Employment
P.O. Box 77053
Washington, DC 20013

    Re:    06-500, Bastien v. Office-Sen. Campbell
            Dist/Ag docket: 01-WY-799-CB (OES)

Dear Counsel:

    Enclosed is a copy of an order entered today in this case.

    Please contact this office if you have questions.

                                    Sincerely,

                                    Elisabeth A. Shumaker
                                    Clerk, Court of Appeals

                                    By:
                                        Deputy Clerk

clk:klp

cc: Gregory C. Langham, Clerk

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | |
|---|---|
| In re:<br><br>RITA BASTIEN,<br><br>    Plaintiff-Respondent,<br><br>v.<br><br>THE OFFICE OF SENATOR BEN NIGHTHORSE CAMPBELL,<br><br>    Defendant-Petitioner. | No. 06-500<br>(D.Ct. No. 01-CV-799-B) |

ORDER

Filed March 3, 2006

Before **KELLY, BRISCOE** and **O'BRIEN**, Circuit Judges.

This matter is before the court on a Petition For Permission To Appeal, filed on behalf of the Office of Senator Ben Nighthorse Campbell. *See* 28 U.S.C. § 1292(b); Fed. R. App. P. 5(a). We also have a response from Ms. Rita Bastien. Upon careful review of those pleadings, and the file as a whole, we do not think immediate appeal is warranted. Consequently, the petition for permission is denied.

Entered for the Court

ELISABETH A. SHUMAKER
Clerk of Court