## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 7 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 01-cv-799-CAB (MEH)

RITA BASTIEN,

Plaintiff,

v.

THE OFFICE OF SENATOR BEN NIGHTHORSE CAMPBELL,

Defendant.

---

### Order on Status Conference

---

A status conference in this case was held on April 12, 2006, in Denver, Colorado. The case is currently pending before the Tenth Circuit Court of Appeals (USCA No. 06-1047) on Defendant's appeal of this Court's Order Denying Defendant's Motion to Dismiss the Amended Complaint (entered December 5, 2005), so this Court has no jurisdiction over this matter at this time. Therefore, all scheduled hearings and deadlines in this Court are **VACATED** and all outstanding motions are **DENIED AS MOOT** pending the resolution of the Defendant's appeal.

Dated this _13th_ day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION