IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-WY-799-CAB (MEH)

RITA BASTIEN,

Plaintiff,

v.

THE OFFICE OF SENATOR BEN NIGHTHORSE CAMPBELL,

Defendant.

---

### ORDER REQUESTING REASSIGNMENT OF CASE

---

It is requested at this point in time, in light of the Judge in this matter having taken senior status, that this case be reassigned pursuant to D.C. Colo. L. Civ. R. 40.1.

Dated this 15th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION