IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 01-cv-00799-PSF-MEH

RITA BASTIEN,

    Plaintiff,

v.

THE OFFICE OF SENATOR BEN NIGHTHORSE CAMPBELL,

    Defendant.

## ORDER SETTING STATUS/SCHEDULING CONFERENCE

In light of the recent reassignment of this case, the Court hereby SETS a status and scheduling conference before the undersigned for **Thursday, November 30, 2006 at 3:00 p.m.,** in Courtroom A602 of the U.S. District Courthouse, 901 19th Street, Denver, Colorado.  **Lead counsel who will try this case shall attend in person.**

DATED:  November 20, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge