IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 01-cv-00799-PSF-MEH

RITA BASTIEN,

    Plaintiff,

v.

THE OFFICE OF SENATOR BEN NIGHTHORSE CAMPBELL,

    Defendant.

---

## ORDER DIRECTING PLAINTIFF'S RESPONSE

---

Upon review of Defendant's Motion for Stay of Proceedings Or, In the Alternative, To Reschedule Status Conference (Dkt. # 106), the Court hereby

DIRECTS the plaintiff to file a written response to the motion no later than 5:00 p.m. Monday, November 27, 2006.

DATED: November 22, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge