IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 01-cv-00799-PSF-MEH

RITA BASTIEN,

    Plaintiff,

v.

THE OFFICE OF SENATOR BEN NIGHTHORSE CAMPBELL,

    Defendant.

## ORDER TO RESCHEDULE SCHEDULING CONFERENCE

This matter is before the Court on Defendant's Motion for Stay of Proceedings or, In the Alternative, to Reschedule Status Conference (Dkt. # 106) and Plaintiff's Response (Dkt. # 108).  The Court has reviewed these filings and the file and GRANTS defendant's motion in part.

The status/scheduling conference currently set for November 30, 2006 is hereby RESET for **Wednesday, January 17, 2007 at 8:30 a.m.**  The parties are

DIRECTED to develop a joint scheduling order to be filed <u>no later than January 12, 2007</u>, consistent with a possible jury trial beginning June 25, 2007.

    DATED:  November 28, 2006

                                             BY THE COURT:

                                             *s/ Phillip S. Figa*

                                             _____
                                             Phillip S. Figa
                                             United States District Judge