IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 01-cv-00799-PSF-MEH

RITA BASTIEN,

    Plaintiff,

v.

THE OFFICE OF SENATOR BEN NIGHTHORSE CAMPBELL,

    Defendant.

## ORDER SETTING TRIAL DATES

As set forth in the minutes of the hearing on January 19, 2007, a five-day jury trial is set to commence **Monday, October 1, 2007 at 9:00 a.m.**  A Final Trial Preparation Conference is set for **Friday, September 21, 2007 at 9:00 a.m.**

IT IS FURTHER ORDERED that the status conference set for February 1, 2007 is VACATED.  The parties shall confer and submit a joint scheduling order <u>no later than January 29, 2007</u>, consistent with the above-referenced court dates.  <u>There will be no extensions of the October 1, 2007 trial date, absent extraordinary circumstances.</u>

DATED:  January 19, 2007

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge