IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 01-cv-00799-PSF-MEH

RITA BASTIEN,

    Plaintiff,

v.

THE OFFICE OF SENATOR BEN NIGHTHORSE CAMPBELL,

    Defendant.

**ORDER DENYING MOTION FOR NON-COMPLIANCE WITH LOCAL RULES**

Defendant's Motion to Stay Proceedings (Dkt. # 121) is DENIED without prejudice for failure to comply with D.C.COLO.LCivR 6.1D and 7.1A, which state:

6.1D – **Proof of Service.**  A motion for extension of time or motion for continuance will not be considered without proof that a copy of the motion has been served upon <u>the moving attorney's client</u>, all counsel of record and *pro se* parties (emphasis added).

7.1A – **Duty to Confer.**  The court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter.  The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

DATED: February 8, 2007

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge