IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 01-cv-00799-PSF-MEH

RITA BASTIEN,

    Plaintiff,

v.

THE OFFICE OF SENATOR BEN NIGHTHORSE CAMPBELL,

    Defendant.

---

## ORDER SETTING BRIEFING SCHEDULE

---

Plaintiff is directed to file any response to defendant's Amended Motion to Stay Proceeding (Dkt. # 124) <u>no later than February 23, 2007</u>.  Defendant shall file any reply <u>on or before March 2, 2007</u>.

    DATED:  February 15, 2007

                                                    BY THE COURT:

                                                  *s/ Phillip S. Figa*

                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge