IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 01-cv-00799-PSF-MEH

RITA BASTIEN,

    Plaintiff,

v.

THE OFFICE OF SENATOR BEN NIGHTHORSE CAMPBELL,

    Defendant.

---

## ORDER DENYING MOTION FOR PROTECTIVE ORDER
---

    The defendant's Motion for a Protective Order (Dkt. # 128), filed February 28, 2007 is DENIED as moot in light of the Scheduling Order entered on February 28, 2007 (Dkt. # 130).  The parties are directed to follow the discovery set forth in the Scheduling Order.

    DATED:  March 1, 2007

                                                 BY THE COURT:

                                                 *s/ Phillip S. Figa*

                                                 _____
                                                 Phillip S. Figa
                                                 United States District Judge