IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 01-cv-00799-PSF-MEH

RITA BASTIEN,

    Plaintiff,

v.

THE OFFICE OF SENATOR BEN NIGHTHORSE CAMPBELL,

    Defendant.

## ORDER ADMINISTRATIVELY CLOSING CASE

This matter is before the Court on the parties' Joint Motion for Administrative Closure Pursuant to Local Rule 41.2 (Dkt. # 136).  Upon consideration of the motion, it is hereby

ORDERED that the Joint Motion for Administrative Closure is GRANTED.  Upon resolution of the remaining issues in this matter, the parties are DIRECTED to notify the Court.

DATED:  September 25, 2007

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge